**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Randy**<br>First name<br><br>**Maurice**<br>Middle name<br><br>**Thomas**<br>Last name and Suffix (Sr., Jr., II, III) | **Tanisha**<br>First name<br><br>**Natasha**<br>Middle name<br><br>**Thomas**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4168 | xxx-xx-6521 |

Debtor 1  **Randy Maurice Thomas**
Debtor 2  **Tanisha Natasha Thomas**

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **13214 Shawnee Lane**<br>**Clarksburg, MD 20871**<br>Number, Street, City, State & ZIP Code<br><br>**Montgomery**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    **Randy Maurice Thomas**
Debtor 2    **Tanisha Natasha Thomas**                                    Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |
| | Debtor | | Relationship to you | |
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

---

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Randy Maurice Thomas**

Debtor 2    **Tanisha Natasha Thomas**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is
needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Randy Maurice Thomas**
Debtor 2    **Tanisha Natasha Thomas**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Randy Maurice Thomas**
Debtor 2  **Tanisha Natasha Thomas**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Randy Maurice Thomas
**Randy Maurice Thomas**
Signature of Debtor 1

/s/ Tanisha Natasha Thomas
**Tanisha Natasha Thomas**
Signature of Debtor 2

Executed on  **February 27, 2018**
MM / DD / YYYY

Executed on  **February 27, 2018**
MM / DD / YYYY

| Debtor 1 | **Randy Maurice Thomas** | | |
|---|---|---|---|
| Debtor 2 | **Tanisha Natasha Thomas** | | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Suvita Melehy**                                    Date   **February 27, 2018**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Suvita Melehy 13068 - MD**
Printed name

**Melehy & Associates LLC**
Firm name

**8403 Colesville Road**
**Suite #610**
**Silver Spring, MD 20910-6360**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 587-6364**                    Email address    **smelehy@melehylaw.com**

**13068 - MD**
Bar number & State

---

Certificate Number: 15557-MD-CC-030633154



15557-MD-CC-030633154

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 27, 2018</u>, at <u>12:15</u> o'clock <u>PM EST</u>, <u>Randy Thomas</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>February 27, 2018</u>          By:      <u>/s/Jeremy Phillips</u>

Name:    <u>Jeremy Phillips</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15557-MD-CC-030633068



15557-MD-CC-030633068

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 27, 2018</u>, at <u>12:04</u> o'clock <u>PM EST</u>, <u>Tanisha Thomas</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>February 27, 2018</u>          By:      <u>/s/Jeremy Phillips</u>

Name:    <u>Jeremy Phillips</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15557-MD-CC-030633068



15557-MD-CC-030633068

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 27, 2018</u>, at <u>12:04</u> o'clock <u>PM EST</u>, <u>Tanisha Thomas</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 27, 2018</u>          By:     <u>/s/Jeremy Phillips</u>

Name:   <u>Jeremy Phillips</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

## United States Bankruptcy Court
### District of Maryland

In re   **Randy Maurice Thomas**
       **Tanisha Natasha Thomas**

Case No.

Chapter   **13**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 27, 2018**

**/s/ Randy Maurice Thomas**
**Randy Maurice Thomas**
Signature of Debtor

Date:  **February 27, 2018**

**/s/ Tanisha Natasha Thomas**
**Tanisha Natasha Thomas**
Signature of Debtor

Aarons Sales & Lease
Attn: Bankruptcy
309 E Paces Ferry Rd NE
Atlanta, GA 30305


Acceptance Now
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024


Acs/nellie Mae
Acs/Education Services
Po Box 7051
Utica, NY 13504


Allergy and Asthma Clinic
8100 Ashton Ave. Ste. 207B
Manassas, VA 20109


American Collections Enterprese, Inc.
P.O. Box 30096
Alexandria, VA 22310


American Collections Enterprise Inc
Po Box 30096
Alexandria, VA 22310


AT&T Mobility
1025 Lenox Park Blvd.
Atlanta, GA 30319


Brendon Peck
347 E. Patrick Street
Frederick, MD 21701


Bridgecrest
P.O. Box 53087
Phoenix, AZ 85072

Bridgecrest/DT Credit Company, LLC
Attn: Bankruptcy
P.O. Box 29018
Phoenix, AZ 85038


Capital Medical Management Associates
20410 Observation Drive
Suite 104
Germantown, MD 20876


Capital One
Attn: General Correspondence/Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One Auto Finance
Attn: General Correspondence/Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One Auto Finance
7933 Preston Road
Plano, TX 75024


Capital One NA
Attn: General Correspondence/Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Cardworks/CW Nexus
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804


Carson Smithfield, LLC
225 W. Station Square Drive
Pittsburgh, PA 15219

CashNet USA
175 W. Jackson Blvd. Ste. 1000
Chicago, IL 60604


CBCS
P.O. Box 2589
Columbus, OH 43215


Central Credit Services
P.O. Box 390915
Minneapolis, MN 55439


Central Credit Services LLC
P.O. Box 1850
Saint Charles, MO 63302


Comcast
P.O. Box 3005
West Chester
PA 19389


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001


Credit Collection Services
P.O. Box 96
Norwood, MA 02062


Credit One Bank N.A.
P.O. Box 98873
Las Vegas, NV 89193


Credit Resource Management
P.O. Box 2390
Southgate, MI 48195

Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255


Diversified Consultants, Inc.
Diversified Consultants, Inc.
Po Box 551268
Jacksonville, FL 32255


ERC
P.O. Box 23870
Jacksonville, FL 32241


Fingerhut
Bankruptcy Dept
6250 Ridgewood Rd
Saint Cloud, MN 56303


First Point Collection Resources
P.O. Box 26140
Greensboro, NC 27402


First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117


First Premier Bank
c/o LVNV Funding LLC
P.O. Box 5529
Sioux Falls, SD 57117


Fox Hills Cash
P.O. Box 196
Batesland, SD 57716


Geico Federal Credit Union
5260 Western Ave.
Chevy Chase, MD 20815

Georgia Dept. of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348


Gerber Life Insurance Co.
P.O. Box 9001141
Louisville, KY 40290


Holy Cross Health Germantown
1643 Lewis Avenue, Suite 203
Billings, MT 59102


I C System Inc
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164


IC System, Inc.
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN 55164


Internal Revenue Service
Attn: Centralized Insolvency Operations
P.O. Box 7345
Philadelphia, PA 19101-7345


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


Kevin B. Wilson, Law Offices
P.O. Box 24103
Chattanooga, TN 37422


Medical Emergency Prof. - Shady Grove
P.O. Box 88087
Chicago, IL 60680

Medical Emergency Professionals
P.O. Box 88087
Chicago, IL 60680


Merrick Bank Corp.
c/o Phillips & Cohen Associates, Ltd
1002 Justison Street
Wilmington, DE 19801


Mitchell Margolis, LCSW
13 East Deer Park Dr., #C
Gaithersburg, MD 20877


Money Key
3422 Old Capital Trial, Ste. 1613
Wilmington, DE 19808


National Enterprise Systems
2479 Edison Blvd. Unit A
Twinsburg, OH 44087


Nationwide Credit, Inc.
5503 Cherokee Ave.
Alexandria, VA 22312


Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773


NCC Business Services Inc.
P.O. Box 24739
Jacksonville, FL 32241


Ncc Business Svcs Inc
9428 Baymeadows Rd. Suite 200
Jacksonville, FL 32256

North American Credit Services
P.O. Box 182221
Chattanooga, TN 37422


North Shore Agency, Inc.
P.O. Box 9221
Old Bethpage, NY 11804


Office of Johns Hopkins Physicians
P.O. Box 64896
Baltimore, MD 21264


Orange Lake Country Cl
Attn: Bankruptcy
8505 W Irlo Bronson Memorial Highway
Kissimmee, FL 34747


Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988


Pepco
P.O. Box 13608
Philadelphia, PA 19101


PNC Bank
P.O. Box 609
Pittsburgh, PA 15230


Potomac Pediatrics
15204 Omega Drive
Suite 100
Rockville, MD 20850


Publishers Clearing House
Attn: Bankruptcy
P.O. Box 6344
Harlan, IA 51593

```
Regional Acceptance Co
Attn: Bankruptcy
1424 E Firetower Rd
Greenville, NC 27858


Richard London, Esquire
Richard London & Assc.
2441 Linden Lane
Silver Spring, MD 20910


Rickart Collection Systems
P.O. Box 7242
North Brunswick, NJ 08902


Rushmore Service Center
P.O. Box 5507
Sioux Falls, SD 57117


Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161


Scholastic
ATTN: Bankrupcy
557 Broadway
New York, NY 10012


Shady Grove Adventists Hospital
P.O. Box 62690
Baltimore, MD 21264


Shady Grove Adventistsn Hospital
P.O. Box 62690
Baltimore, MD 21264


Southwest Credit
P.O. Box 650543
Dallas, TX 75265
```

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007


The Emergency Group, Inc.
770 Kapielani Blvd. #705
Honolulu, HI 96813


The Queens Medical Center
P.O. Box 3287
Honolulu, HI 96813


The Verandahs
9308 Willow Creek Drive
Montgomery Village, MD 20886


Us Dept Of Ed/Great Lakes Higher Educati
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704


Watch Me Grow
22530 Gateway Center Drive
Suite 900


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


Wffinancial
Attn: Bankruptcy
P.O. Box 660041
Dallas, TX 75266


Windham Professional, Inc.
P.O. Box 1048
Salem, NH 03079

```
Womens Health Specialists
6301 Executive Blvd.
Rockville, MD 20852


Xiang Deng
23228 Yellowwood Drive
Clarksburg, MD 20871
```

Certificate Number: 15557-MD-CC-030633154



15557-MD-CC-030633154

# C<small>ERTIFICATE</small> O<small>F</small> C<small>OUNSELING</small>

I CERTIFY that on <u>February 27, 2018</u>, at <u>12:15</u> o'clock <u>PM EST</u>, <u>Randy Thomas</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 27, 2018</u>            By:     <u>/s/Jeremy Phillips</u>

                                Name:   <u>Jeremy Phillips</u>

                                Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15557-MD-CC-030633068



15557-MD-CC-030633068

# C<small>ERTIFICATE</small> O<small>F</small> C<small>OUNSELING</small>

I CERTIFY that on <u>February 27, 2018</u>, at <u>12:04</u> o'clock <u>PM EST</u>, <u>Tanisha Thomas</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>February 27, 2018</u>          By:     <u>/s/Jeremy Phillips</u>

Name:  <u>Jeremy Phillips</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Maryland

In re **Randy Maurice Thomas**
**Tanisha Natasha Thomas**

Debtor(s)

Case No. _____

Chapter ___**13**___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **4,000.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Costs paid by Debtor(s) are reflected in the Item #1 above. Debtors are being billed on an hourly basis at the following rates:**

   **Omar Vincent Melehy $375.00 per hour;**
   **Suvita Melehy $337.50 per hour;**
   **Robert Porter $318.75 per hour;**
   **Andrew Balashov $213.75 per hour;**
   **Paralegals $116.25 per hour;**
   **Law Clerks $116.25 per hour;**

   **A fee petition for the current balance due will be filed. Counsel reserves the right to file supplemental fee petitions if neccesary.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **1) Representation in any adversary proceedings;**
   **2) Representation in any appeals; and**
   **3) Representation in any U.S. Trustee audits.**

In re  **Randy Maurice Thomas**
    **Tanisha Natasha Thomas**
              Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 27, 2018**
*Date*

**/s/ Suvita Melehy**
**Suvita Melehy 13068 - MD**
*Signature of Attorney*
**Melehy & Associates LLC**
**8403 Colesville Road**
**Suite #610**
**Silver Spring, MD 20910-6360**
**(301) 587-6364   Fax: (301) 587-6308**
**smelehy@melehylaw.com**
*Name of law firm*