B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Maryland

In re    **Randy Maurice Thomas**
          **Tanisha Natasha Thomas**        Case No. _____

                                   Debtor(s)        Chapter    **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $ **6,000.00** |
| Prior to the filing of this statement I have received | $ **2,000.00** |
| Balance Due | $ **4,000.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Costs paid by Debtor(s) are reflected in the Item #1 above. Debtors are being billed on an hourly basis at the following rates:**

        **Omar Vincent Melehy $375.00 per hour;**
        **Suvita Melehy $337.50 per hour;**
        **Robert Porter $318.75 per hour;**
        **Andrew Balashov $213.75 per hour;**
        **Paralegals $116.25 per hour;**
        **Law Clerks $116.25 per hour;**

        **A fee petition for the current balance due will be filed. Counsel reserves the right to file supplemental fee petitions if neccesary.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **1) Representation in any adversary proceedings;**
        **2) Representation in any appeals; and**
        **3) Representation in any U.S. Trustee audits.**

In re    **Randy Maurice Thomas**
     **Tanisha Natasha Thomas**            Case No.                                
                      Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 27, 2018** | **/s/ Suvita Melehy** |
| *Date* | **Suvita Melehy 13068 - MD** |
| | *Signature of Attorney* |
| | **Melehy & Associates LLC** |
| | **8403 Colesville Road** |
| | **Suite #610** |
| | **Silver Spring, MD 20910-6360** |
| | **(301) 587-6364  Fax: (301) 587-6308** |
| | **smelehy@melehylaw.com** |
| | *Name of law firm* |