IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| In Re: | Case No.: 18-12528 WIL |
| RANDY THOMAS, | Chapter 13 |
| TANISHA THOMAS, | |
| Debtors. | |

* * * * * * * * * * * * * *

**ORDER**

UPON DUE CONSIDERATION of the Debtors' Motion to Extend Time to File Supplemental Lists, Schedules and Statements as Required under Federal Rule of Bankruptcy Procedure 1007, and any opposition filed thereto, cause having been shown, it is on this _____ day of March, 2018, hereby:

**ORDERED** that the Debtors' Motion to Extend Time to File Supplemental Lists, Schedules and Statements as Required under Federal Rule of Bankruptcy Procedure 1007 is hereby GRANTED; and it is further

1

**ORDERED** that the Debtors shall file the missing documents identified in the Notice of Deadline for Filing Missing Documents (ECF No. 8) no later than March 27, 2018.

cc:

Chapter 13 Trustee
Debtors
Debtors' Counsel
All Creditors and Parties in Interest on the Mailing Matrix

**END OF ORDER**