

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

| | |
|---|---|
| In Re: | Case No.: 18-12528 WIL |
| | Chapter 13 |
| **RANDY THOMAS,** | |
| **TANISHA THOMAS,** | |
| Debtors. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

After reviewing Counsel's First Interim Application for Allowance of Attorney's Fees and Costs for Services Performed to be Paid as an Administrative Priority Claim by the Chapter 13 Trustee, and any opposition filed thereto, notice having been given, it is hereby

**ORDERED**, that Counsel's First Interim Application for Allowance of Attorney's Fees and Costs for Services Performed to be Paid as an Administrative Priority by the Chapter 13 Trustee Claim is GRANTED; and it is further

**ORDERED**, that the Chapter 13 Trustee shall pay to Counsel for the Debtor in the above matter the amount of $8,480.02, which amount is composed of $7,092.25 in attorney's fees and $1,387.77 in costs.

cc:   Chapter 13 Trustee
      Debtor
      Debtors' Counsel
      All Creditors on the Matrix

**END OF ORDER**